IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**CESAR RAMON MARTINEZ OLIVARES,**

**Plaintiff,**

v.

**HARVESTLAND CONSTRUCTORS INC.,**

**Defendant.**

Case No. 2:24-cv-02191-HLT-ADM

## ORDER

Plaintiff moves the Court for leave to proceed in forma pauperis (Doc. 3). On May 6, 2024, Magistrate Judge Angel D. Mitchell issued a Report and Recommendation ("R&R") recommending denial of the motion because Plaintiff doesn't satisfy the requirements to proceed in forma pauperis (Doc. 5). Plaintiff has not objected and has therefore waived his right to de novo review. *See In re Key Energy Res. Inc.*, 230 F.3d 1197, 1199-1200 (10th Cir. 2000). The Court has reviewed the R&R, agrees Plaintiff has not demonstrated a financial inability to pay the required fees, and adopts the R&R in its entirety. The Court notes, however, that Plaintiff paid the full filing fee for the case on May 17, 2024, so an extension is unnecessary. Also, because he did not withdraw his motion to proceed in forma pauperis, the Court must resolve the motion and R&R.

THE COURT THEREFORE ORDERS that Magistrate Judge Mitchell's Report and Recommendation (Doc. 5) is ADOPTED. Plaintiff's Motion to Proceed Without Prepayment of Fees (Doc. 3) is DENIED. Plaintiff has paid the full filing fee and may proceed with his case.

IT IS SO ORDERED.

Dated: June 20, 2024

/s/ *Holly L. Teeter*
HOLLY L. TEETER
UNITED STATES DISTRICT JUDGE